IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TERRY DARNELL REYNOLDS,<br><br>    Plaintiff,<br><br>    v.<br><br>ROY MINTER, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:24-cv-40 |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's March 6, 2024, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's claims against Defendant Minter are **DISMISSED**. The Court notes that Defendant Pelligrini has waived service, (see doc. 8), and his deadline to respond to the Complaint is pending.

**SO ORDERED**, this 8th day of April, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA